UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



ReneeDeeLiva Palacios   Plaintiff(s)

vs.

Unknown Named Officers from
NATIONAL CITY POLICE DEPT.
                        Defendant(s)

INMATE
CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

'07 CV 2115    JAH CAB

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Rene De Liva Palacios #03562-298

   Address: Federal Correctional Institution
   Post Office Box 725
   Edgefield, South Carolina 29824

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: UNKNOWN NAMED OFFICERS
   Official Position: Police Officers

   Address: National City Police Department/CALIFORNIA
   1200 National City Blvd
   National City, California 91950

Form E (2) (a) . 1

b.   Defendant: NATIONAL CITY POLICE DEPARTMENT
UNKNOWN NAMED POLICE CAININE

Official Position: Police Dog-Specialized Unit

Address: 1200 National City Blvd.
National City, California 91950

c.   Defendant: N/A

Official Position: ---

Address: ------

Additional Defendants may be added on a separate sheet of paper.

4.  **PLACE OF PRESENT CONFINEMENT**

a.   Is there a prisoner grievance procedure at this facility?

(X) Yes       ( ) No
But it is not applicable in this case.

b.   If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

( ) Yes       (X) No

If your answer to 4(b) is YES:

(i)   What steps did you take?
The prison(Federal Buereau of Prisons) grievance program is ONLY for B.O.P. claims or injuries.

(ii)   What was the final result of your grievance?
N/A

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

The facts relating to my case were presented to the Prison medical department upon initial interview and examination. There appears on my person physical scars, and there are nerves that have been damaged.

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes   N/A   ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?
N/A

(ii) What was the **final** result regarding your complaint?
N/A

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

The facts as they pertain to the FCI Edgefield, have been reported to the medical department, and plaintiff is currently in follow-up medical care and signing up for sick-call, when needed.

5. **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

( ) Yes   (X) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.
N/A

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiffs:

N/A

Defendants:

_____

ii. Court (if federal court, name District; if state court, name County:

N/A

iii. Docket number:   N/A

iv. Name of Judge to whom case was assigned:

N/A

v. Disposition (dismissed? on appeal? still pending?)

N/A

vi. Approximate date of filing prior lawsuit:

N/A

vii. Approximate date of disposition:

N/A

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary.)

The facts of this case which will substantiate the claims set forth in this complaint, establishing a violation of Constitutional Rights, are set out on ATTACHED/ADDITIONAL SHEET.....

\*\*See previous page...Attached/Additional Sheet\*\*

7.                 CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

            FIRST CAUSE OF ACTION –

Cause of Action be asserted by Plaintiff is a Contstitutional violation of the Eighth Amendment, which protects plaintiff from cruel and unusual punishment/excessive force. The act perpatrated on plaintiff and the injuries he has suffered as a result of the dog bites clearly support excessive force being used on the part of the National City Police Dept.

            SECOND CAUSE OF ACTION

Following the aforemetioned, the second cause of action is the plaintiff's constitutional violation of Due Process which is gaurnteed to him by the fifth amendment. Plaintiff requested and insissted that a complaint be filed with the Office of Professional Standards for what happened to him, but instead he was threatened and intimidated by officers.

            THIRD CAUSE OF ACTION

The final casue of action is that the plaintiff was not treated according to decent medical standards and practices in violation of human rights, due to the medical neglect while in police custody. At the National City Police Station, police officer's were more interested in plaintiff not filing a complaint, rather than tending to his blood soaked bandages, and treating the plaintiff for pain reported.

**\*ATTACHED/ADDITIONAL SHEET\***

Under penalty of perjury, the following is true and correct to best of my knwoledge...<u>On April 15, 2007</u>, I, Rene De Liva-Palacios, was walking down Highland Street(aroung 14th and 16th)(The cause of this action and the following takes place in <u>National City, California</u>) and I was minding my own buisness when a National City Police Dept. squad car pulled along side me, and an Officer called out to me.

    I knew that I had an arrest warrant out on me, and after I promised my children that I would not return to jail, I ran. Eventhough I had no illegal contraband, nor weapon, I fled. After a brief chase, I arrived around 16th and I was three(3) police cars, and an officer yelled out to me, and he said,"get on the ground, or we're gonna let the dog loose on you!"

    I immediately stopped and through myself on the ground, face down. I was on the ground, assuming the position, I had followed the orders given, my hadns were showing palms, and I was no threat...When out of nowhere, the Police Officers let the dog loose(or the dog escaped the control of the officer)and the police dog began to savagely attack me.

    The dog attacked me and bit me numerous times on my left leg. The police officers stuggled to get the dog off of me, but once they did- they saw I was bleeding profusely, so the called an ambulance. The abmulance took me to "Paradise Valle Hospital." Arriving at the hospital emergency room, I was treated to stop the bleeding, close the wounds, and was given numerous shots.

    Under heavy pain medication, an officer came to visit me in the hospital, to interrogate me about why I ran if I had nothing on me, he apologized to me about the dog. I was transfered then to the National City Police Station, where I was interrogated more about if I wanted to file a complaint about what happened(but one officer threatened me about doing so), and I told them"yes, I do, because what they did was wrong."

    I was finally transfered to the detention center in San Diego, and there they still treated my injuries, changing my bandages daily and providing me with pain medication. I signed up to see the psych. department about what happened and how I felt I was affected, but then I was transferred to Edgefield, South Carolina.

8. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I seek for pain and suffering, and the violation of my Constitutional Rights, the monetary compensation of: $3,500,000.00 (3.5million dollars). I also seek the dismissal from the National City Police Department of the Police Officers involved, as well as the Police Cainine/Dog involved.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 31, 2007

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Rene De Liva Palacios

2254 ____ 1983 DEFENDANTS

FILING FEE PAID
Yes ____ No ✓

IFP MOTION FILED
Yes ____ No ✓

COPIES SENT TO
Court ✓  Pro Se

Unknown Named Officers

FILED
2007 NOV -5  PM 3:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Rm

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Rene De Liva Palacios
PO Box 725
Edgefiled, SC 29824
Reg# 03562-298

ATTORNEYS (IF KNOWN)

'07CV 2115    JAH CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   November 5, 2007   SIGNATURE OF ATTORNEY OF RECORD

R. Mellch