2254 ___ 1983 ✓
**FILING FEE PAID**
Yes ___ No ✓
**IFP MOTION FILED**
Yes ✓ No ___
**COPIES SENT TO**
Court ✓ ProSe ___

AO 240 (Rev. 9/96)

FILED
2007 NOV -5 PM 3: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## Southern District of California

RENE DE LIVA PALACIOS

Plaintiff

V.

UNKNOWN NAMED OFFICERS of
NATIONAL CITY POLICE DEPARTMENT

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

'07CV 2115 JAH CAB

I, Rene De Liva Palacios _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      [X] Yes      [ ] No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   FCI Edgefield, South Carolina

   Are you employed at the institution?   NO    Do you receive any payment from the institution?

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. (it is attached)

2. Are you currently employed?      [ ] Yes      [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [X] | [ ] |
   | f. | Any other sources | [ ] | [X] |

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

"Yes" answer: The attached <u>prisoner account balance</u> will show that in the last National six (6) months, I have received a deposit total of $51.80, a 6 Month Avg. Daily Balance of $2.07. I don't expect anyone to send me any more financial asisstance.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.
   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I have three (3) children living in California, but due to my poverty status and incarceration, currently I can provide no financial support for them or their mothers.

I declare under penalty of perjury that the above information is true and correct.

October 31, 2007
Date

[signature]
Signature of Applicant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Rene DeLiva Palacios, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0.00 | $N/A | $0.00 | $N/A |
| Self-employment | $0.00 | $N/A | $0.00 | $N/A |
| Income from real property (such as rental income) | $0.00 | $N/A | $0.00 | $N/A |
| Interest and dividends | $0.00 | $N/A | $0.00 | $N/A |
| Gifts | $0.00 | $N/A | $0.00 | $N/A |
| Alimony | $0.00 | $N/A | $0.00 | $N/A |
| Child Support | $0.00 | $N/A | $0.00 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0.00 | $N/A | $0.00 | $N/A |
| Disability (such as social security, insurance payments) | $0.00 | $N/A | $0.00 | $N/A |
| Unemployment payments | $0.00 | $N/A | $0.00 | $N/A |
| Public-assistance (such as welfare) | $0.00 | $N/A | $0.00 | $N/A |
| Other (specify): N/A | $0.00 | $N/A | $0.00 | $N/A |
| Total monthly income: | $0.00 | $N/A | $0.00 | $N/A |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | ---- | ---- | $ 0.00 |
|  |  |  | $ |
|  |  |  | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | --- | --- | $ ---- |
|  |  |  | $ |
|  |  |  | $ |

4. How much cash do you and your spouse have? $ me-$7.20, prison account
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | --- | $ 0.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
   Value N/A

☐ Other real estate
   Value N/A

☐ Motor Vehicle #1
   Year, make & model N/A
   Value 0.

☐ Motor Vehicle #2
   Year, make & model N/A
   Value 0.

☐ Other assets
   Description N/A
   Value 0.

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0.00 | $ N/A |
| Are real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ N/A |
| Food | $ 0.00 | $ N/A |
| Clothing | $ 0.00 | $ N/A |
| Laundry and dry-cleaning | $ 0.00 | $ N/A |
| Medical and dental expenses | $ 0.00 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? N/A

    If yes, state the attorney's name, address, and telephone number:
    N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? N/A

    If yes, state the person's name, address, and telephone number:
    N/A

12. Provide any other information that will help explain why you cannot pay the costs of this case.
    I am an indigent prisoner and I own nothing, nor do I have any money. I cannot pay the fees or any court cost in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 31 , 2007

_____
(Signature)

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ N/A |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ 0.00 | $ N/A |
| Life | $ 0.00 | $ N/A |
| Health | $ 0.00 | $ N/A |
| Motor Vehicle | $ 0.00 | $ N/A |
| Other: N/A | $ 0.00 | $ N/A |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): N/A | $ 0.00 | $ N/A |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ 0.00 | $ N/A |
| Credit card(s) | $ 0.00 | $ N/A |
| Department store(s) | $ 0.00 | $ N/A |
| Other: N/A | $ 0.00 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Other (specify): N/A | $ 0.00 | $ N/A |
| Total monthly expenses: | $ 0.00 | $ N/A |

**\*\*ATTACHED INMATE/PRISONER INSTITUTIONAL ACCOUNT BALANCE\*\***

## Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03562298 | Current Institution: | Edgefield FCI |
| Inmate Name: | DELIVA-PALACIOS, RENE | Housing Unit: | EDG-B-A |
| Report Date: | 10/29/2007 | Living Quarters: | B01-127L |
| Report Time: | 3:17:30 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6795 |
| PAC #: | 211723030 |
| FRP Participation Status: | No Obligation |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 4/20/2007 |
| Local Account Activation Date: | 10/12/2007 3:34:23 AM |
| Sort Codes: | |
| Last Account Update: | 10/25/2007 3:36:42 AM |
| Account Status: | Active |
| Phone Balance: | $5.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $2.20 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $2.20 |
| National 6 Months Deposits: | $51.80 |
| National 6 Months Withdrawals: | $4.96 |
| National 6 Months Avg Daily Balance: | $2.07 |
| Local Max. Balance - Prev. 30 Days: | $7.20 |
| Average Balance - Prev. 30 Days: | $3.89 |

E.K. Carlton, Unit Manager
[signature] Carlton
10/29/2007