1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE LIVA PALACIOS,<br>BOP #03562298,<br><br>                              Plaintiff,<br><br><br>        vs.<br><br><br><br>UNKNOWN NATIONAL CITY POLICE<br>OFFICERS, et al.,<br><br>                              Defendants. | Civil No.    07-2115 JAH (CAB)<br><br><br>**ORDER:**<br><br>**(1)  DISMISSING CIVIL ACTION<br>AS DUPLICATIVE PURSUANT TO<br>28 U.S.C. § 1915A(b)(1); and**<br><br>**(2)  DENYING MOTION TO PROCEED<br>*IN FORMA PAUPERIS* AS MOOT**<br> **[Doc. No. 2]** |

        Plaintiff, a federal inmate currently incarcerated at the Federal Correctional Institution located in Edgefield, South Carolina and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983.[1]   Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No 2].

---

        [1]  The proceedings were assigned to this Court, but all post-service matters have been referred to Magistrate Judge Cathy Ann Bencivengo by Local Rule 72.3(e), "Assignment of § 1983 Prisoner Civil Cases to United States Magistrate Judges," pursuant to 28 U.S.C. § 636.

1  **I.    Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

2      The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to

3  review complaints filed by anyone "incarcerated or detained in any facility who is accused of,

4  sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

5  of parole, probation, pretrial release, or diversionary program," "as soon as practicable after

6  docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.

7  *See* 28 U.S.C. § 1915A(a), (c).  The Court must sua sponte dismiss prisoner complaints, or any

8  portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may be

9  granted.  28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

10      Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.

11  § 1915A(b)(1) because it appears to be duplicative of a civil rights case Plaintiff is already

12  litigating.  Plaintiff's Complaint contains identical claims and defendants that are found in

13  *Palacios v. Unknown Named Officers, et al.*, S.D. Cal. Civil Case No. 07-1109 LAB (NLS).  A

14  court "may take notice of proceedings in other courts, both within and without the federal judicial

15  system, if those proceedings have a direct relation to matters at issue."  *United States ex rel.*

16  *Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

17      A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it

18  "merely repeats pending or previously litigated claims."  *Cato v. United States*, 70 F.3d 1103,

19  1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal

20  quotations omitted).  Because Plaintiff has already litigated the same claims presented in the

21  instant action in *Palacios v. Unknown Named Officers, et al.*, S.D. Cal. Civil Case No. 07-1109

22  LAB (NLS), the Court hereby **DISMISSES** Civil Case No. 07-2115 JAH (CAB)  pursuant to 28

23  U.S.C. § 1915A(b)(1).  *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

24  ////

25  ////

26  ////

27  ////

28  ////

1  **II.     Conclusion and Order**

2          Good cause appearing, **IT IS HEREBY ORDERED** that:

3          Plaintiff's Complaint in Civil Case No. 07-2115 JAH (CAB) is **DISMISSED** as frivolous

4  pursuant to 28 U.S.C. § 1915A(b)(1).  Plaintiff's Motion to Proceed IFP [Doc. No. 2] is **DENIED**

5  as moot.

6          The Clerk shall close the file.

7          **IT IS SO ORDERED.**

8  DATED:      November 6, 2007

9

10                                                  HON. JOHN A. HOUSTON
                                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28