# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Rene De Liva Palacios

              V.                         **JUDGMENT IN A CIVIL CASE**

Unknown National City Police Officers, et al.

                                  CASE NUMBER:    07CV2115-JAH(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is dismissed as duplicative pursuant to 28 USC 1915A(b)(1) and the motion to proceed in forma pauperis is denied as moot.

| November 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON November 7, 2007 |

07CV2115-JAH(CAB)