# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2007 NOV 27 PM 4:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE Houston
FROM: C Puttmann, Deputy Clerk   RECEIVED DATE: 11/20/2007
CASE NO.: 07cv2115   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Palacios v. Unkown Named Officers
DOCUMENT ENTITLED: Motion for Recondiseration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: The instant civil action has been dismissed pursuant to 28 USC 1915A(b)(1) |

Date forwarded: 11/21/2007

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 11/27/07   CHAMBERS OF: Judge Houston
cc: All Parties   By: SPK/PSLC

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]