

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENE DE LIVA PALACIOS,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>UNKNOWN NATIONAL CITY POLICE OFFICERS,<br><br>       Defendants - Appellees. | No. 08-55137<br><br>D.C. No. CV-07-02115-JAH<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

On May 13, 2008, this court ordered appellant, within 21 days, to pay the filing fees and show cause why the judgment in this appeal should not be summarily affirmed.  The order warned appellant that failure to pay the fees and to show cause would result in the automatic dismissal of the appeal by the Clerk of the Court.  To date, appellant has not complied with the court's order.  The court received appellant's motion to reconsider on May 27, 2008 but the court's May 13, 2008 explicitly stated no motions for reconsideration of the denial of in forma pauperis status would be entertained.  Accordingly, this appeal is dismissed for failure to prosecute.  *See* 9th Cir. R. 42-1.

lc/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A